UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of the Search of The Offices of Technodyne LLC, 502 Valley Road, Suite 103, Wayne, New Jersey | : : : | Mag. No. 11-6608<br><br>Hon. Joseph A. Dickson |
| | : | **UNSEALING ORDER** |

This matter having come before the Court on the application of the United States of America (Joseph B. Shumofsky, Assistant U.S. Attorney, appearing) for an order that the search warrant and the application and attached affidavit in support of such warrant in the above-captioned matter be unsealed; and the search having been executed on June 3, 2011, and notice of the search having been provided to the occupants of the location searched; and for good cause shown,

IT IS on this 25th day of October, 2012,

ORDERED that the search warrant and the application in support of the search warrant be and hereby are unsealed.

_____
HONORABLE JOSEPH A. DICKSON
United States Magistrate Judge